UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILTON RICKMAN,

          Plaintiff,

v.

SCOTT FRIESORGER and
JEFF SHAW,

          Defendants.
_____/

Case No.   11-13079

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on April 12, 2012, judgment is entered in favor of defendants and against plaintiff and the claims are DISMISSED WITHOUT PREJUDICE.

                                            DAVID WEAVER

Dated: April 12, 2012          By: s/Julie Owens
                                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 12, 2012, by electronic and/or ordinary mail.

                                            S/Julie Owens
                                            Case Manager, (313) 234-5160